**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Felix Gonzalez SANCHEZ, a.k.a. Felix Gonzalez, a.k.a. Gabriel Anthony Leon, Defendant–Appellant.**

**No. 10–50553.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 19, 2011.*

Filed Dec. 23, 2011.

Michael J. Raphael, Esquire, Assistant U.S. Attorney, Office of the U.S. Attorney, Los Angeles, CA, Gregory William Staples, Assistant U.S. Attorney, Office of the U.S. Attorney, Santa Ana, CA, for Plaintiff–Appellee.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

James H. Locklin, Esquire, Assistant Federal Public Defender, FPDCA–Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Felix Gonzalez Sanchez, Manchester, KY, pro se.

Before: GOODWIN, WALLACE, and McKEOWN, Circuit Judges.

### MEMORANDUM **

Felix Gonzalez Sanchez appeals from his guilty-plea conviction and 46–month sentence imposed for being an illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326(a). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Sanchez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Sanchez the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Sanchez waived his right to appeal his sentence with the exception of the court's calculation of his criminal history category. Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief as to Sanchez's conviction and indicates that the appeal waiver is operative. Accordingly, we dismiss the appeal of the sentence in part. *See United States v. Nguyen,* 235 F.3d 1179, 1182 (9th Cir.2000). With regard to the court's calculation of the crimi-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

nal history category, our independent review of the record discloses no arguable grounds for relief on direct appeal, and we affirm.

In accordance with *United States v. Rivera–Sanchez*, 222 F.3d 1057, 1062 (9th Cir. 2000), we remand the case to the district court with instructions that it delete from the judgment the reference to 8 U.S.C. § 1326(b)(2). *See United States v. Herrera–Blanco*, 232 F.3d 715, 719 (9th Cir. 2000) (remanding sua sponte to delete the reference to § 1326(b)).

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED in part; DISMISSED in part; REMANDED to correct the judgment.**

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.